HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-0136 AWI-BAM |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING PANEL COUNSEL** |
| v. | |
| RAEB CHOU, | Status Conference: 8/26/13, 1:00 p.m., Ctrm. 3 |
| Defendant. | |

The defendant, Raeb Chou, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel counsel. The Federal Defender is unable to accept appointment at this time due to a conflict.

Ms. Chou is charged by Indictment with Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute Controlled Substances, Structuring Conspiracy, and Structuring, in violation of 21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(C), 18 U.S.C. § 371, and 31 U.S.C. §§ 5324(a)(3) & (d)(2). Ms. Chou has been out of custody since her arrest.

Ms. Chou has been represented by retained attorney, James P. Chandler, since May 7, 2013 (Doc. 99). On August 6, 2013, Ms. Chou contacted our office directly requesting appointment of counsel as she is no longer able to afford retained counsel. On August 6, 2013, our office communicated with Mr. Chandler by e-mail requesting that he provide our office with (1) a Declaration regarding his client no longer being able to retain him, (2) a copy of the retainer agreement, and (3) an accounting of how much Ms. Chou has paid Mr. Chandler to date -- to no avail. Therefore, on August 12, 2013, our office

1 attempted to contact Mr. Chandler by telephone, at a Sonoma office and an Elk Grove office, which
2 numbers have both been disconnected. Pursuant to a check of the California State Bar website, it appears
3 Mr. Chandler is being suspended for misconduct.

4     Attached is a Financial Affidavit that our office was able to obtain directly from Ms. Chou. Upon
5 the Court's review, it is recommended that CJA Panel counsel be appointed. A Status Conference is set
6 on August 26, 2013 at 1:00 p.m. in Courtroom No. 3 before the Honorable Barbara A. McAuliffe, United
7 States Magistrate Judge (Doc. 145).

9 Dated: August 13, 2013

ERIC KERSTEN
Assistant Federal Defender
Acting Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to continue to retain counsel, the Court hereby appoints CJA Panel counsel pursuant to 18 U.S.C. § 3006A.

Dated: August 14, 2013

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge