BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00136 AWI/BAM |
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |
| v. | DATE: February 24, 2014<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| RAEB CHOU, | |
| Defendant. | |

Defendant, RAEB CHOU, through his counsel, Steve Crawford and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Grant B. Rabenn, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Change of Plea hearing on **February 24, 2014 at 10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

///
///
///
///
///

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

1

IT IS SO STIPULATED.

DATED:   February 19, 2014               BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Grant B. Rabenn
                                         GRANT B. RABENN
                                         Assistant United States Attorney

DATED:   February 19, 2014

                                         /s/ Steve Crawford
                                         STEVE CRAWFORD
                                         Counsel for Defendant
                                         Raeb Chou

**O R D E R**

IT IS SO ORDERED.

Dated:   February 19, 2014          _____
                                    SENIOR DISTRICT JUDGE

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

2